IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| BRANDON SPARKS, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 4:19-cv-00300-SWW |
| | * | |
| | * | |
| ARKANSAS STATE POLICE, | * | |
| | * | |
| Defendant. | * | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is Considered, Ordered, and Adjudged that this action is hereby dismissed.

IT IS SO ORDERED this 13th day of May 2019.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE